UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BING CHARLES W. KEARNEY, JR.,
and TONYA KEARNEY, husband and
wife as Tenants by the Entirety,

        Plaintiffs,

v.                               CASE NO. 8:21-cv-64-KKM-TGW

VALLEY NATIONAL BANK,
a national banking association, as
successor by merger to USAMERIBANK,
a Florida corporation,

        Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon Defendant, Valley National Bank's Renewed Motion to Compel (Doc. 93) and Defendant, Valley National Bank's Amended Motion to Compel (Doc. 94). For the reasons stated at the hearing,

    it is, upon consideration,

    ORDERED:

That Defendant, Valley National Bank's Renewed Motion to Compel (Doc. 93) and Defendant, Valley National Bank's Amended Motion to Compel (Doc. 94) are **DENIED**.

DONE and ORDERED at Tampa, Florida, this 24th day of February, 2022.

*Thomas G. Wilson*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE